# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC EMERSON

NO. 2024 KW 0323

**JUNE 3, 2024**

---

In Re:    Cedric Emerson, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 38852.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.** The record of the Ascension Parish Office of the Clerk of Court shows that the contradictory hearing has been continued without date. Relator must first seek relief in the district court prior to filing a supervisory writ.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT